IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TRANSWORLD FOOD SERVICE, LLC, a/k/a TRANSWORLD FOODS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NATIONWIDE MUTUAL INSURANCE COMPANY**<br><br>**Defendants** | CIVIL ACTION FILE NO.<br><br>_____ |

## NOTICE OF REMOVAL

COMES NOW Defendant Nationwide Mutual Insurance Company ("Nationwide") and, pursuant to pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal from the Superior Court of DeKalb County, showing the Court as follows:

1. Plaintiff filed this action against Nationwide in the Superior Court of DeKalb County on July 22, 2019, where it was assigned civil action number 19CV7571. A copy of the complete state court record is attached as Exhibit A.

2. Nationwide was served with the Complaint on July 23, 2019. This Notice of Removal is timely filed within thirty (30) days thereafter. *See* 28 U.S.C. § 146(b)(1).

3. Plaintiff is a limited liability company whose members, Teri Blevins and Mario Moceri, are citizens of Georgia. As such, Plaintiff is a citizen of Georgia for purposes of federal court jurisdiction.

4. Nationwide is incorporated under the laws of Ohio with its principal place of business in Ohio. As such, Nationwide is a citizen of Ohio for purposes of diversity jurisdiction in federal court.

5. Complete diversity of citizenship exists between the parties.

6. The amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interests and costs.

7. As a result of the foregoing, this Court has jurisdiction pursuant to 28 U.S.C. § 1332 upon removal pursuant to 28 U.S.C. §§ 1441 and 1446.

8. Defendant will file a Notice of Filing of this Notice of Removal with the Clerk of the Superior Court of DeKalb County, Georgia, with service on Plaintiff's counsel, as shown on Exhibit B.

WHEREFORE, this Court now has jurisdiction over this action.

**FREEMAN MATHIS & GARY, LLP**

/s/ *Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
Eric Retter
Georgia Bar No. 351882
*Attorneys for Nationwide Mutual Insurance Company*

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF REMOVAL** to the clerk of court using the CM/ECF system, which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.  Counsel of record are:

>William Maxwell Compton
>Morgan & Morgan, P.C.
>25 Bull Street, Suite 400
>Savannah, GA 31401

This 21st day of August, 2019.

>*/s/ Philip W. Savrin*
>Philip W. Savrin
>Georgia Bar No. 627836
>
>*Attorney for Nationwide Mutual Insurance Company*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)