# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

TRANSWORLD FOOD SERVICES LLC, ET AL,

    Plaintiffs,

        v.

NATIONWIDE MUTUAL INSURANCE COMPANY

    Defendant.

Civil Action No.
1:19-cv-3772-SDG

## JUDGMENT

This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of Plaintiffs TransWorld Food Service, LLC and Emilia Foods, LLC on its direct physical loss claim, and against Plaintiffs on its bad faith claim, against Defendant Nationwide Mutual Insurance Company.

It is Ordered and Adjudged that judgment is hereby entered in the amount of $20,301.73 in favor of Plaintiffs TransWorld Food Service, LLC and Emilia Foods, LLC against Defendant Nationwide Mutual Insurance Company.

**SO ORDERED** this 18th day of July, 2022.

                              Steven D. Grimberg
                              United States District Court Judge