# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRANSWORLD FOOD SERVICE, ) <br> LLC a/k/a TRANSWORLD FOODS ) <br> and EMILIA FOODS, LLC, ) <br> ) <br>         Plaintiffs, ) <br> v. ) <br> ) <br> NATIONWIDE MUTUAL INSURANCE ) <br> COMPANY, ) <br> ) <br>         Defendant. ) | Civil Action No. <br> 1:19-cv-3772-SDG |

## NOTICE OF APPEAL

Now Come TransWorld Food Service, LLC a/k/a TransWorld Foods and Emilia Foods, LLC and pursuant to Fed. R. App. P. 4 hereby give notice that they hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order of the District Court denying their timely Motion to Alter and Amend the Judgment entered on March 30, 2023, the Judgment entered by the District Court on July 18, 2022, and the Order of the District Court granting, in part, Defendant's Motion for Summary Judgment entered on March 28, 2022.

This 27th day of April, 2023

                                      MORGAN & MORGAN

                                      /s/ Max Compton
                                      William Maxwell Compton
                                      Georgia Bar No: 380092

- 2 -

25 Bull Street, Suite 400
Savannah, GA 31401
(912) 443-1017
(912) 443-1184
mcompton@forthepeople.com

Of Counsel:

/s/ Gary J. Toman
Ga. Bar No. 714651

Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326
(404)832-9592
gtoman@wwhgd.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023 I electronically filed the foregoing Notice of Appeal with the Clerk of Court via the CM/ECF system, which will send notification to the following counsel:

>Philip W. Savrin
>Freeman Mathis & Gary, LLP
>100 Galleria Parkway
>Suite 1600
>Atlanta, GA 30339-5948

>MORGAN & MORGAN

>/s/ Max Compton
>William Maxwell Compton